IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAQUANE HENRY, #342332, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:25-cv-758-RAH-SMD ) |
| LEE COUNTY JUSTICE CENTER, *et al.*, | ) ) ) |
| Defendants. | ) |

# ORDER

On December 30, 2025, the Magistrate Judged filed a Recommendation (doc. 7) which recommended that the Complaint (doc. 1) be dismissed without prejudice for Henry's failure to prosecute and abide by orders of the Court. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (doc. 7) is **ADOPTED**; and
2. This action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** on this the 20th day of January 2026.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE